# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-1740
_____

D. K. JOHNSON,

Appellant,

v.

VICKIE BREITENSTEIN and JOHN
JOSEPH BREITENSTEIN,

Appellees.

_____

On appeal from the Circuit Court for Duval County.
Karen Cole, Judge.

April 30, 2018

PER CURIAM.

AFFIRMED. *See Caldwell v. Fla. Dep't of Elder Affairs*, 121 So. 3d 1062, 1064 (Fla. 1st DCA 2013) ("'Claims for which an appellant has not presented an argument, or for which he provides only conclusory argument, are insufficiently presented for review and are waived.'") (quoting *Hammond v. State*, 34 So. 3d 58, 59 (Fla. 4th DCA 2010)).

ROWE, RAY, and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

D.K. Johnson, pro se, Appellant.

Vickie Breitenstein and John Joseph Breitenstein, pro se, Appellees.